**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01299-BNB

TYRONE WALKER,

    Plaintiff,

v.

RADY SMITHGALL, Inspector General,
JOE HALLIGAN, Captain.
KEVIN MILYARD, Warden,
ARISTEDES W. ZAVARAS, Executive Director,
PAUL HELLENBECK, Associate Director of Offender Services,
BRENT PARKER, Associate Director of the Training Academy, and
W. WILSON, Case Manager III,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's Motion to Amend, Doc. No. 8, filed with the Court on July 20, 2011. Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Plaintiff desires to amend his Complaint he may do so without seeking permission of the Court. Therefore, the Motion is DENIED as unnecessary. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705 F.2d 676 (2$^{d}$ Cir.1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990).

    The Amended Complaint must be submitted on a Court-approved form and must contain all claims, named parties, and requests for relief. Plaintiff shall have thirty days from the date of the instant Minute Order to file an Amended Complaint. If he fails to file an Amended Complaint within thirty days the Court will proceed to review the merits of the Complaint submitted to the Court on May 17, 2011. The Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form.

Dated: July 27, 2011