**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01299-BNB

TYRONE WALKER,

     Plaintiff,

v.

RANDY SMITHGALL, Inspector General,
JOE HALLIGAN, Captain,
KEVIN MILYARD, Warden,
ARISTEDES W. ZAVARAS, Executive Director,
PAUL HOLLENBECK, Associate Director of Offender Services,
BRENT PARKER, Associate Director of the Training Academy,
W. WILSON, Case Manager III,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     The Court's Order to Show Cause (Doc. No. 17), filed on September 14, 2011, is vacated. Plaintiff submitted a monthly payment on October 3, 2011.

     Plaintiff is reminded that the payment for the month of October is now due, or in the alternative, Plaintiff must show cause why he is unable to make a monthly payment by submitting a certified copy of his inmate trust fund account statement. Failure to do so will result in the dismissal of the instant action without further notice.

Dated: October 6, 2011