**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01299-BNB

TYRONE WALKER,

    Plaintiff,

v.

RADY SMITHGALL, Inspector General,
JOE HALLIGAN, Captain.
KEVIN MILYARD, Warden,
ARISTEDES W. ZAVARAS, Executive Director,
PAUL HELLENBECK, Associate Director of Offender Services,
BRENT PARKER, Associate Director of the Training Academy, and
W. WILSON, Case Manager III,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's Motion to Show Cause (Doc. No. 22) filed with the Court on October 13, 2011.  Plaintiff challenges the Court's finding that an October payment is due.  He claims that he is not able to file a payment prior to the end of each month and October's payment cannot be sent to the Court until November.  Regardless of Plaintiff's claims, he did not make a payment in either July or August.  The October 3 payment may be identified as one month's payment, but Plaintiff still has a monthly payment outstanding.  Nonetheless, the remaining balance of the $350.00 filling fee is due.  **From November 2011 forward, Plaintiff is directed to submit his monthly payment to the Court by the fifteenth of each month.**  Failure to comply with this directive will result in the dismissal of this action.  Plaintiff's Motion to Show Cause is denied as moot.

Dated:  October 14, 2011